Argued October 26, affirmed October 26, 1972

STATE OF OREGON, *Respondent, v.* JACK
WILLIAM FERGUSON (No. C 71-12-3855 Cr),
*Appellant.*

501 P2d 1299

*Charles Robinowitz,* Portland, argued the cause and filed the brief for appellant.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.